JS-6

FILED
CLERK, U.S. DISTRICT COURT

November 8, 2016

CENTRAL DISTRICT OF CALIFORNIA
BY: ____VPC____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| DEAN KING,<br><br>                Plaintiff,<br><br>vs.<br><br>IM GLOBAL, INDEPENDENT FILM PRODUCTIONS LIMITED d/b/a INDEPENDENT FILM COMPANY, and LUC ROEG,<br><br>                Defendants. | Case No.: 2:15-cv-09646-SJO-AGRx<br><br>**JUDGMENT RE DEFENDANTS' MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, SUMMARY ADJUDICATION OF ISSUES PURSUANT TO F.R.CIV.P. RULE 56**<br><br>DATE:   November 8, 2016<br>TIME:   10:00 a.m.<br>CTRM:  10C – The Honorable<br>              S. James Otero |

This Motion for Summary Judgment Or, In The Alternative, Summary Adjudication Of Issues of Defendants Independent Film Productions Limited and Luc Roeg ("Defendants") came on regularly for hearing in the courtroom of the Honorable S. James Otero on October 3, 2016.  The Court took the Motion under submission.

After due consideration, and the Court having concluded that there was no

JUDGMENT RE DEFENDANTS' MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, SUMMARY ADJUDICATION OF ISSUES PURSUANT TO F.R.CIV.P. RULE 56

DATE:    November 8, 2016
TIME:    10:00 a.m.
CTRM:   10C – The Honorable
              S. James Otero

1

genuine issue of material fact:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Defendants' Motion for Summary Judgment is GRANTED, and that Plaintiff's Complaint in this action is hereby dismissed in its entirety, with prejudice, that Plaintiff shall take nothing, that Defendants shall have judgment against Plaintiff on all claims, and that Defendants shall recover their costs and reasonable attorneys' fees incurred herein in an amount to be determined.

DATED: November 8, 2016

*S. James Otero*

S. JAMES OTERO, JUDGE
UNITED STATES DISTRICT COURT

JUDGMENT RE DEFENDANTS' MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, SUMMARY ADJUDICATION OF ISSUES PURSUANT TO F.R.CIV.P. RULE 56

DATE:   November 8, 2016
TIME:   10:00 a.m.
CTRM:   10C – The Honorable
S. James Otero

2