FILED
CLERK, U.S. DISTRICT COURT

January 25, 2017

CENTRAL DISTRICT OF CALIFORNIA
BY: \_\_\_\_VPC\_\_\_\_ DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEAN KING,<br><br>    Plaintiff,<br><br>v.<br><br>IM GLOBAL, INDEPENDENT FILM PRODUCTIONS LIMITED dba INDEPENDENT FILM COMPANY, and LUC ROEG,<br><br>    Defendants. | No. 15-cv-09646-SJO-AGRx<br><br>**AMENDED JUDGMENT RE DEFENDANTS' MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, SUMMARY ADJUDICATION OF ISSUES PURSUANT TO F.R.CIV. P. RULE 56**<br><br>Hearing<br>Date: January 30, 2017<br>Time: 10 a.m.<br>Crtrm: 10C – The Honorable Judge<br>                S. James Otero |

    This Motion for Summary Judgment Or, In the Alternative, Summary Adjudication of Issues of Defendants Independent Film Productions Limited and Luc Roeg ("Defendants") came on regularly for hearing in the courtroom of the Honorable S. James Otero on October 3, 2016. The Court took the Motion under submission.

    After due consideration, and the Court having concluded that there was no genuine issue of material fact:

///

///

---

**AMENDED JUDGMENT**

Case No. 15-cv-09646-SJO-AGRx.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Defendants' Motion for Summary Judgment is GRANTED, and that Plaintiff's Complaint in this action is hereby dismissed in its entirety, with prejudice, that Plaintiff shall take nothing, and that Defendants shall have judgment against Plaintiff on all claims.[1]

Dated: January 25, 2017

*S. James Otero*

S. James Otero, Judge
United States District Court

---

[1] Pursuant to the Court's Order herewith granting Plaintiff's Motion to Amend or Correct Judgment, the Court hereby strikes the following language included in this Court's original Judgment entered on November 9, 2016 (Doc. No. 75): "…Defendants shall recover their costs and reasonable attorneys' fees incurred herein in an amount to be determined." Accordingly, the Court omits that language from the instant Amended Judgment.